UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-1007-MMA |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | [Doc. No. 26] |
| JORGE SANCHEZ-FONSECA, | |
| Defendant. | |

Upon the United States' motion and good cause being shown,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Indictment in Case No. 13-CR-1007 against Defendant JORGE SANCHEZ-FONESCA be dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: June 25, 2013

Hon. Michael M. Anello
United States District Judge